```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

SCHOLZ DESIGN, INC.,         )
        Plaintiff            )
                             )
            v.               ) 09-CV-30060-MAP
                             )
PASQUALE A. LIQUORI,         )
ET AL.,                      )
        Defendants           )
```

## PRETRIAL ORDER

May 4, 2011

PONSOR, D.J.

Counsel appeared for a final pretrial conference on April 29, 2011. Based on counsel's representations, the court orders as follows:

   1. Motions <u>in limine</u> will be filed no later than May 20, 2011, and opposed no later than June 3, 2011. The court will rule on the motions promptly to clarify the evidence to be offered at trial.

   2. Proposed <u>voir dire</u> questions and proposed jury instructions will be filed by June 27, 2011.

   3. Trial in this matter will commence on July 5, 2011 at 9:30 a.m. Counsel will appear that day at 9:00 a.m. for a conference prior to commencement of jury selection. Counsel estimate that the trial will require five days, 9:00 a.m. to 1:00 p.m., but might be completed by July 8, if the court were able to give counsel some time in the afternoons.

   It is So Ordered.

                           /s/ Michael A. Ponsor
                           _____
                           MICHAEL A. PONSOR
                           United States District Judge